UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES CARDILLO,

    Plaintiff,

v.                                         CASE NO.: 8:11-cv-552-T-23MAP

THE LIMO, INC., et al.,

    Defendants.
_____/

## **ORDER**

The parties attempt to circumnavigate the required judicial review of an FLSA settlement by stipulating (Doc. 11) to dismissal without prejudice. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982).

The stipulation is **DENIED**. The parties shall move for approval of the proposed settlement by **August 8, 2011**. The parties shall comply with Lynn's Food Stores, Inc., 679 F.2d 1350; Dees v. Hydradry, 706 F.Supp.2d 1227 (M.D. Fla. 2010); Moreno v. Regions Bank, 729 F.Supp.2d 1346 (M.D. Fla. 2010); and Bonetti v. Embarq Mgmt. Co., 715 F.Supp.2d 1222 (M.D. Fla. 2009).

ORDERED in Tampa, Florida, on August 4, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE